UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 16-62402-CIV-MORENO

LUIS SIERRA,

       Plaintiff,

vs.

CAJUN OPERATING COMPANY,

       Defendant.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Plaintiff's notice of Voluntary Dismissal of Defendant, Cajun Operating Company, d/b/a/ Church's Chicken #1137 **(D.E. 10)**, filed on **November 15, 2016**.

THE COURT has considered the notice, the pertinent portions of the record, and is fully advised in the premises. It is

**ORDERED AND ADJUDGED** that this Cause is **DISMISSED** with prejudice as to Defendant Cajun Operating Company d/b/a Church's Chicken #1137, with each party bearing its own fees and costs. Fed. R. Civ. P. 41(a)(1)(A)(ii).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 17th of November 2016.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record